DUPIGNAC v. QUICK.

(City Court of New York, General Term.   March 6, 1899.)

1. ACTION ON LOST NOTE.
    Plaintiff need not allege the loss of a note sued on.
2. SAME—TENDER OF BOND.
    In an action on a lost note, plaintiff is not bound to offer the bond required by Code Civ. Proc. § 1917, until the trial.

Appeal from trial term.

Action by Frank J. Dupignac, as committee, against August Quick, on a lost note.   Judgment for plaintiff.   Defendant appeals. Affirmed.

Argued before FITZSIMONS, C. J., and SCHUCHMAN, J.

Loftus & Caffrey, for appellant.
Henry B. Culver, for respondent.

PER CURIAM.   We think that the tender upon the trial of the bond offered and approved by the court was sufficient.   See Code Civ. Proc. § 1917.   The plaintiff was not bound in his complaint to allege the loss of the note sued upon, nor was he bound to offer sooner than he did in this instance the bond mentioned.

Judgment affirmed, with costs.